# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SKY SHADES FRANCHISE**
**DEVELOPMENT, LLC,**

        **Plaintiff,**

-vs-                                     Case No. 6:10-cv-1388-Orl-31KRS

**DALE CAMPION, CATHERINE**
**CAMPION, AND SKYSHADES OF**
**SOUTHWEST FLORIDA, LLC,**

        **Defendants.**

_____

## ORDER OF RECUSAL

Pursuant to 28 U.S.C. § 455(a) and in the interest of justice, I hereby recuse myself from this matter because the Defendants are represented by my former law firm, in which my wife is a shareholder. The Clerk is directed to reassign this case to another Judge of this court.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on September 20, 2010.

                                                    GREGORY A. PRESNELL
                                               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record